# SLATER SLATER SCHULMAN LLP

*ATTORNEYS AND COUNSELLORS AT LAW*
445 Broad Hollow Road - Suite 334
Melville, New York 11747
Telephone Nos.: (631) 420-9300 • (800) 251-6990
Fax No.: (631) 465-7052

January 25, 2016

*Sent via ECF*
The Honorable Vera Sconlon
Courtroom N504 North Wing
United States District Court
Eastern District of New York
United States Courthouse
225 Cadman Plaza East, 505 North
Brooklyn, New York 11201

                            Re:   *Rosa et al v. Penta Restoration et al*
                                 Civil Action No. 15-cv-03286

Dear Judge Sconlon:

       This office represents Plaintiffs in the above referenced action. The Court directed the parties to file a joint letter setting forth the status of the case as well as the status of the discovery.

       The parties have exchanged discovery demands and anticipate exchanging discovery responses on February 1, 2016. Parties have not conducted depositions as settlement negotiations are ongoing. While parties remain far apart in terms of settlement value for the claims, both parties; counsel believes court supervised mediation may facilitate a settlement.

       Counsel for both parties apologize to the Court in the delay in providing this correspondence.

                                        Very truly yours,

                                        /s

                               Anthony R. Portesy(AP-3804)
                               Attorneys for Plaintiffs
                               Slater Slater Schulman LLP
                               Phone (631) 420-9300
                               Fax:   (631) 465-7052
                               Email: aportesy@sssfirm.com

CC: *via ECF*
Matthew Beckwith, Esq.
Sacco and Fillas LLP