<u>Record of Conference and Orders: Vera M. Scanlon, USMJ</u>   Date: **2/17/2016**

Case: **Rosa et al v. Penta Restoration et al.**

Civ. A. 15-3286(ILG )(VMS)
<u>ECF Recording in 504N:</u>   ☐ Telephone Conference   ☒ In-person Conference

4:25-4:32,  6:50-7:13

<u>Counsel:</u> *(See separately docket entry or document for specific appearances)*

☒ Counsel for Plaintiff(s) ☐ Pro Se Plaintiff(s) ☒ Counsel for Defendant(s) ☐ Pro Se Defendant(s)
<u>Conference Type:</u>

☐ Initial Conference ☐ Status Conference ☒ Settlement Conference ☐ Motion Hearing ☐ Discovery Conference ☐
☐ JPTO Conference   ☐ Other _____

<u>Further to the conference, discovery and other scheduling dates are as follows:</u>
*(If dates previously set by the Court are not reset, they remain as stated in the previous order.)*
☐ Motions decided on the record

☐ Rule 26(a) disclosures, incl. supplements

☐ Document requests to be served

☐ Interrogatories to be served

☐ Amended pleadings, incl. joinder      ☐ To be served     ☐ To be filed
   ☐ Complaint ☐ Answer            ☐ On consent ☐ By motion ☐ By PMC letter

☐ Joint status letter ☐ Stip of dismissal to be filed

☐ Status conference              Date:            Time:
   ☐ In person ☐ Telephone (718) 613-2300    To be organized by:

☐ Specific depositions to be held

☐ Fact discovery closes

☐ Expert disclosures to be served

☐ Initial expert report(s) to be served

☐ Rebuttal expert report(s) to be served

☐ Expert discovery closes

☐ All discovery closes

☐ Joint letter confirming discovery is concluded

☐ Summary judgment to be initiated    ☐ PMC letter ☐ Briefing

☐ Joint pre-trial order to be filed      ☐ Letter for conference ☐ Proposed JPTO

☐ Proposed confidentiality order to be filed

☐ Consent to Magistrate Judge to be filed

☐ Settlement Conference          Date:            Time:

Page 1 of 2

Vera M. Scanlon, USMJ
Conference Orders, Continued

Case: **Rosa et al v. Penta Restoration et al**      Civ. A. **15-3286(ILG)(VMS)**

Date: **2/17/2016**

**Additional Orders:**

The parties settled on the record. The Court finds the settlement to be fair and reasonable pursuant to Cheeks as explained on the record.

Page 2 of 2